STEVEN G. KALAR
Federal Public Defender
Northern District of California
VARELL L. FULLER
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA 95113
Telephone:   (408) 291-7753
Facsimile:    (408) 291-7399
Email:          Varell_Fuller@fd.org

Counsel for Defendant SWEET

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>MADELEINE SWEET,<br><br>            Defendant. | No. CR 17–00330 LHK<br><br>**APPLICATION AND [PROPOSED] ORDER TO SEAL EXHIBIT A TO DEFENDANT'S SUBMISSION IN SUPPORT OF CAP REFERRAL AND SENTENCING MEMORANDUM** |

**APPLICATION**

Defendant MADELEINE SWEET, by and through counsel, respectfully requests leave to seal Exhibit A to Defendant's Submission in Support of CAP Referral and Sentencing Memorandum.  Defendant makes this request due to sensitive material contained Exhibit A.

Dated: August 15, 2018                    Respectfully Submitted,
                                                              STEVEN G. KALAR


                                                              S/_____
                                                              VARELL FULLER
                                                              Assistant Federal Public Defender

APPLICATION AND PROPOSED ORDER TO SEAL
*SWEET*, CR 17–00330 LHK

# [PROPOSED] **ORDER**

GOOD CAUSE APPEARING, upon request of Defendant, MADELEINE SWEET it is hereby ordered that Exhibit A to Defendant's Submission in Support of CAP Referral and Sentencing Memorandum be sealed.

IT IS SO ORDERED.

Date: _____       _____

LUCY H. KOH
United States District Judge