| | |
|---|---|
| 1 | STEVEN G. KALAR |
| 2 | Federal Public Defender<br>Northern District of California |
| 3 | VARELL L. FULLER<br>Assistant Federal Public Defender |
| 4 | 55 South Market Street, Suite 820<br>San Jose, CA 95113 |
| 5 | Telephone: (408) 291-7753<br>Facsimile: (408) 291-7399 |
| 6 | Email: Varell_Fuller@fd.org |
| 7 | |
| 8 | Counsel for Defendant SWEET |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MADELEINE SWEET,<br><br>Defendant. | No. CR 17–00330 LHK<br><br>**MANUAL FILING NOTIFICATION REGARDING EXHIBIT A TO DEFENDANT'S SUBMISSION IN SUPPORT OF CAP REFERRAL AND SENTENCING MEMORANDUM** |

### MANUAL FILING NOTIFICATION

Regarding: Exhibit A to Defendant's Submission in Support of CAP Referral and Sentencing Memorandum.

This filing is in physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard copy shortly.

For information on retrieving this filing directly from the court, please see the court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

_X_   Item Under Seal.

Dated: August 15, 2018              Respectfully Submitted,

                                    STEVEN G. KALAR


                                    s/_____
                                     VARELL FULLER
                                     Assistant Federal Public Defender

MANUAL FILING NOTIFICATION
*SWEET*, CR 17–00330 LHK