*USA v. Sweet*

Case No. CR 17–00330 LHK

# EXHIBIT D

664 Newton Street
Monterey, CA  93940
May 14, 2018

The Honorable Lucy H. Koh
United States District Court
Northern District of California
280 South 1st Street, Room 2112
San Jose, CA  95113

Re:  Sentencing of Madeleine Sweet Case 5:17-CR-00330-LHK

Your Honor,

Thank you for taking the time to read and consider what I have written.

I am writing to support Madeleine who has been convicted of the distribution of a controlled substance.  This is a very serious crime but nevertheless I support her as a friend of several years.  I still find it hard to believe the events that have led up to this point as this is not the Madeleine I know.  The Madeleine I know is an intelligent, caring, kind and wonderful person who has achieved a Juris Doctor degree and who has contributed greatly to her community, family and friends.

Madeleine has informed me of her crime and her remorse.  She realizes the gravity of her wrongdoing and has been working hard to turn her life around.  Immediately after her arrest she moved into a residential drug rehabilitation center for six months and then a sober living home for the next two months.  She secured employment and attended Alcoholics or Narcotics Anonymous meetings every day.  She graduated from the program which is admirable as less than 20% of the residents graduate.  She remains clean and sober to this day and is determined to do so for the rest of her life.

I know of two people in whose lives Madeleine's kindness and caring has made a difference.  First, since her physician father is facing health challenges, she relocated cross-country to help in his care.  She has stepped up and offered one of her kidneys.  If her kidney is not a match, Madeleine plans to still donate it so that a stranger can have a better life. This is an incredible act of compassion and generosity.

While in drug rehabilitation, Madeleine reached out to another resident, Angie, to give her invaluable emotional support. Her father is in prison for raping her and then she was pregnant in prison and alone in the world.  Madeleine took her under her wing and mentored her through the program in addition to caring for her infant whenever possible so Angie could attend meetings and work.

Madeleine is one of the most brilliant eloquent young women I know.  For years she has used her gift of written expression to manage a twitter account addressing social injustice where she can bring awareness to that inequality.  She worked for no pay while law school with the Hofstra Law Reform Advocacy Clinic, a Fair Housing Rights reform clinic so she could help others.  She is passionate about working to improve the lives of indigent people.

Madeleine knows she has done wrong and regrets it every day.  She is highly motivated to move forward with her life, to be law abiding and to contribute in meaningful ways to her community, family and friends.  I truly believe Madeleine will do just that.

Sincerely,

Linda Parise

The Honorable Lucy H.Koh
UniteMd States Federal Court
Northern California District


Your Honor:
I am writing in support of my daughter Madeleine Sweet. I and my family recognize that she has
pleaded No Contest to the charges against her, the selling of narcotics to an undercover DEA
agent. We and I are aware of the gravity of the charge, as well as its implications. She has
brought immense shame and pain to my family. Despite this, and knowing this, I have forgiven
her, but not excused her. Her crime was committed, and motivated singularly by her addiction to
opiods.

Since her arrest by DEA agents, she has gone through a drug rehabilitation program, and she
remains in recovery. I Know that she is both ashamed and remorseful regarding both her crime
and addiction. Despite being highly educated she has worked waiting tables, rediscovering the
dignity in an honest days work. When she is sober , Madeleine is an idealistic, sensitive,and
compassionate young woman. She is fluent in French, and once translated for an attorney
helping victims of torture from Francophile African nations who were seeking asylum. I recall
that she wept when describing the suffering these men and women endured  and her thoughts
of the inhumanity of it. More recently she tried to intervene when a young mother she had
roomed with in rehab, relapsed and started using methamphetamine again, she tried very hard
to talk her into gong back to rehab.

In summary, while I and my family realize Madeleine's guilt around her using and selling of
illegal drugs, we consider her a loved member of our family, and believe she has the potential to
redeem herself,both to us and society at large. We cannot change what happened, only what
happens next. I am most grateful for the Federal Court, an Your Honor to allow me to write you
in this regard.

Respectfully,

Leighton Sweet
Pacific Grove California