# Exhibit 2

### 3. How are people selected to participate in the program?

Participation in the program ultimately depends on a favorable CAP eligibility assessment <u>and</u> either (1) at the pre-conviction stage, support by the U.S. Attorney's Office for participation in the program, or (2) at the post-conviction stage, a referral by the presiding judge for a deferred sentencing placement into the program.

1. 3.1. Are there disqualifying offenses?

    Defendants generally excluded from participation in CAP include those:

    - Subject to removal by immigration authorities;
    - Involved in child exploitation offenses—including possession or distribution of child pornography;
    - Whose instant offense involves a more than minor role in either large-scale fraud or large-scale narcotics distribution; or,
    - Whose instant offense involved either an act of violence against another person or threat of violence against another person.