UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MADELEINE MORGAN SWEET,<br><br>Defendant. | Case No. 5:17-CR-00330-LHK<br><br>**ORDER REFERRING DEFENDANT FOR CONVICTION ALTERNATIVES PROGRAM ELIGIBILITY ASSESSMENT** |

This Court refers the Defendant to United States District Judge Edward J. Davila for an eligibility assessment for the Conviction Alternatives Program (CAP). Should Judge Davila accept the Defendant into CAP, the Defendant will be sentenced by Judge Davila.

This Court will continue Defendant's August 22, 2018 sentencing hearing until after Judge Davila's assessment. Judge Davila is available on September 4, 2018 at 10:00 a.m. or September 24, 2018 at 1:30 p.m. for the assessment. This Court requests that the parties select the earlier assessment date, if possible. Once the parties select the assessment date, the Court will reset the sentencing hearing.

**IT IS SO ORDERED.**

Dated: 8/16/2018

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No. 17-CR-00330-LHK
ORDER REFERRING DEFENDANT FOR CONVICTION ALTERNATIVES PROGRAM ELIGIBILITY ASSESSMENT