UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

| | | |
|---|---|---|
| **Date:** September 4, 2018 | **Time:** 10:17-11:00 am | **Judge:** Edward J. Davila |
| | **Total Time:** 43 Mins. | |
| **Case No.:** 17-cr-00330-LHK-1 | **Case Name:** UNITED STATES v. Madeleine Morgan Sweet(P)(NC) | |

**Attorney for Plaintiff:** Jeffrey Backhus

**Attorney for Defendant:** Varell Fuller

| | |
|---|---|
| **Deputy Clerk:** Adriana M. Kratzmann | **Court Reporter:** Gina Colin |
| **Interpreter:** N/A | **Pretrial Officer:** Allen Lew |

## PROCEEDINGS – ASSESSMENT ELIGIBILITY RE CAP

Defendant is present and out of custody. Hearing held.
The Court heard from counsel regarding their positions of defendant's acceptance into CAP. The Court heard from the defendant.
The Court will accept defendant into CAP. The Court will defer sentencing pending defendant's completion of CAP.
The Court ordered the matter be reassigned from Judge Koh to Judge Davila. Court to issue reassignment order.
The Court set a status control date re sentencing for 2/11/2019.

**CASE CONTINUED TO: February 11, 2019 1:30 P.M. for Status Control Date re Sentencing.**

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

*Adriana M. Kratzmann*
Adriana M. Kratzmann
Courtroom Deputy
Original: Efiled
CC: