UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

| | | |
|---|---|---|
| **Date:** October 1, 2019 | **Time:** 2:04-2:31 pm | **Judge:** Edward J. Davila |
| | **Total Time:** 27 Mins. | |
| **Case No.**: 17-cr-00330-EJD-1 | **Case Name:** UNITED STATES v. Madeleine Sweet(P)(NC) | |

**Attorney for Plaintiff:** Jeffrey Backhus

**Attorney for Defendant:** Varell Fuller

| | |
|---|---|
| **Deputy Clerk:** Adriana M. Kratzmann | **Court Reporter:** Irene Rodriguez |
| **Interpreter:** N/A | **Probation Officer:** Kyle Pollak |

## PROCEEDINGS - SENTENCING

Defendant is present and out of custody.  Hearing held.
The Court overrules the Government's Objections to the Pre-sentence report as to the calculation.
The Court sentenced the defendant as follows:
Defendant is sentenced to 3 years of probation as to Ct. 1 of the Indictment (Dkt. 7 filed 6/15/2017).
The Court adopts the Probation Officer's recommendations as to the standard and special conditions of probation.
$100.00 special assessment fee is due immediately.
Fine was waived.
No restitution.

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter

*Adriana M. Kratzmann*
**Adriana M. Kratzmann**
**Courtroom Deputy**
**Original:** Efiled
**CC:**