01/23/2020 07:46 PM PDT                                                                                                   Version 7.0.1   Page  1    of   1

# U.S. Courts
## Case Inquiry Report
Case Number: DCAN517CR000330; Party Number: 001; Payee Code: N/A
Show Party Details: N; Show Payee Details: N; Show Transactions: Y

**Case Number**  DCAN517CR000330     **Case Title**  USA V. SWEET

**Summary Party Information:**

| Party# | Party Code | Party Name | Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|---|---|---|
| 001 | CAN1015 | MADELEINE MORGAN SWEET | CANA517CR-003301 | SPECIAL PENALTY ASSESSMENT | | 100.00 | 100.00 | 0.00 |
| | | | | | | 100.00 | 100.00 | 0.00 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Number | Depository Total |
|---|---|---|---|---|

**Transaction Information:**

| Document Type/Number* | Document Date | Accomplished Date | Line Type | Amount | Party/Payee Name | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|
| Account Number | Debt Type Line# | Debt Type | | Payee Line# | Depository Line# | | | |
| CTC CANCCA20-54611018331 | 26-DEC-19 | 26-DEC-19 | PR | 100.00 | MADELEINE MORGAN SWEET | O | 04 | 504100 |
| DCAN517CR000330-001 | 1 | | SPECIAL PENALTY ASSESSMENT | | | | | |

**\* Document Type Legend**

| Document Type | Document Type Name |
|---|---|
| CTC | Cash Receipt - Courts CCA Automated |

---

# SPECIAL ASSESSMENT
# PAID IN FULL

**Defendant:** Sweet, Madeleine Morgan
**Amount $** 100.00     **Date:** 12/26/2019